CAUSE NO: 15-0152x

FILED FOR RECORD
____ COUNTY, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 71ST JUDICIAL DISTRICT |
| | § | |
| ROGER BRADFORD | § | HARRISON COUNTY, TEXAS |



FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/9/2015 3:09:20 PM
DEBBIE AUTREY
Clerk

2015 NOV -5 PM 3: 15

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes ROGER BRADFORD, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against ROGER BRADFORD.

Respectfully Submitted,

BY: _____

Kyle Dansby
Attorney at Law
P.O. Box 1914
Marshall, TX 75671
(903) 738-6162
(888) 410-1583 (fax)
kdansbylaw@gmail.com
SBN: 24059180

## CERTIFICATE OF SERVICE

I, Kyle Dansby, attorney for Roger Bradford, hereby certify that a true and correct copy of this Notice of Appeal was delivered to the Harrison County Criminal District Attorney's Office, by hand delivery, on this the 5th day of November, 2015.

_____
Kyle Dansby
Attorney for Roger Bradford
SBN: 24059180